

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, Suite 700*  (973)645-2700
*Newark, NJ 07102*

**TO THE UNITED STATES MARSHAL OR HIS DEPUTIES:**

You are directed to produce the following named prisoners: **JOEL SOCORRO (ESSEX COUNTY CORRECTINAL FACILITY)** before the **Honorable Susan D. Wigenton** for a **Violation of Supervision Hearing** at the U.S. District Courthouse, **Newark**, New Jersey on **Monday, October 22, 2018** at **11:30 a.m.**

/s/ Perry Farhat
PERRY FARHAT
Special Assistant U.S. Attorney
(973) 645-3659

Dated: October 5, 2018
Newark, New Jersey

So Ordered this 16th day of October, 2018

Susan D. Wigenton, U.S.D.J.